THE STATE OF MONTANA ON THE RELATION OF BRUCE MYERS, RELATOR, v. THE DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF YELLOWSTONE, AND E. E. FENTON, THE JUDGE THEREOF, RESPONDENTS.

No. 11315.
Decided April 24, 1967.
437 P.2d 924.

PER CURIAM:

Original proceeding.

Relator seeks a writ of supervisory control or other appropriate writ in this matter.

The relief sought is denied and the proceeding is dismissed.

THE STATE OF MONTANA EX REL. ARTHUR M. JOHNSON, PETITIONER, v. THE DISTRICT COURT OF THE ELEVENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF FLATHEAD, HONORABLE E. B. FOOT, DISTRICT JUDGE, RESPONDENTS.

No. 11443.
Decided February 9, 1968.
436 P.2d 693.

ORDER

PER CURIAM.

Original proceeding. Petitioner seeks a writ of Supervisory Control. The application is denied and the proceeding ordered dismissed.